# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 09-5330**

**September Term, 2010**

FILED ON: MARCH 29, 2011

PAUL BAME, ET AL.,

APPELLEES

v.

TODD W. DILLARD, IN HIS OFFICIAL CAPICITY (FORMER UNITED STATES MARSHAL FOR THE DISTRICT OF COLUMBIA),

APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:05-cv-01833)

———

Before: GINSBURG and ROGERS, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## <u>ORDER</u>

It is **ORDERED**, on the court's own motion, that the dissenting opinion issued on March 25, 2011, be amended as follows:

On page 4, first full paragraph, delete lines 9-14 beginning with the citation "*Pearson v. Callahan* and ending at 823.", and insert in lieu thereof:

"*Pearson v. Callahan*, 129 S. Ct. 808 (2009). There the Supreme Court concluded that the narcotics task force officers were entitled to rely on the consensus among the courts to the consent-once-removed doctrine at the time of their warrantless entry into a home, despite the lack of a ruling from the officers' own federal circuit, *id*. at 823."

*Per Curiam*

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Jennifer M. Clark
Deputy Clerk